IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| ASHLEY REEVES, *as Personal Representative of the Estate of Carl Albert Reeves*,<br><br>      Plaintiff,<br><br>vs.<br><br>TOWN OF COTTAGEVILLE, *et al.*,<br><br>      Defendants. | No. 2:12-cv-02765-DCN<br><br>**VERDICT FORM 1** |

*You are instructed to answer the following questions. You must all agree on your answer to each question and the foreperson must sign the completed form on the signature line.*

**WE, THE JURY, UNANIMOUSLY FIND AS FOLLOWS:**

### NEGLIGENCE

Question No. 1:     Has plaintiff Ashley Reeves proved by a preponderance of the evidence that defendant Randall Price was negligent and that his negligence proximately caused Bert Reeves' death?

        YES **X**     NO ___

Question No. 2:     Have both of the defendants proved by a preponderance of the evidence that Bert Reeves was negligent and that his negligence proximately caused his own death?

        YES ___     NO **X**

*If you answered "Yes" to Question No. 1 **and** Question No. 2, answer Question Nos. 3 and 4.*
*If you answered "No" to either Question No. 1 or Question No. 2, move on to Question No. 5.*

Question No. 3: What percentage of Bert Reeves' injuries are attributable to Randall Price's negligence?

___%

Question No. 4: What percentage of Bert Reeves' injuries are attributable to Bert Reeves' own negligence?

___%

## VIOLATION OF CONSTITUTIONAL RIGHTS UNDER SECTION 1983

Question No. 5: Has plaintiff Ashley Reeves proved by a preponderance of the evidence that defendant Randall Price violated Bert Reeves' constitutional right to be free from the use of excessive force?

YES ✗    NO ___

Question No. 6: Has plaintiff Ashley Reeves proved by a preponderance of the evidence that defendant Randall Price violated Bert Reeves' constitutional right to be free from unnecessary seizure?

YES ✗    NO ___

## SELF-DEFENSE

Question No. 7: Has defendant Randall Price proven, by a preponderance of the evidence, that he acted within his lawful right to self-defense?

YES ___    NO ✗

*If you answered "Yes" to Question Nos. 1, 5 or 6 and answered "No" to Question No. 7, go to Verdict Form 2 and then Verdict Form 3. If you answered "Yes" to question No. 7, do not go to Verdict Form 2 or 3.*

*Please sign and date the verdict form.*

10/15/14
DATE

s/FOREPERSON
SIGNATURE OF FOREPERSON