AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Ashley Reeves as Personal Representative of the Estate of Carl Albert Reeves,<br>*Plaintiff*<br>v.<br>Town of Cottageville, et al.,<br>*Defendant* | Civil Action No.  2:12-cv-02765-DCN |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($___), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: the plaintiff, Ashley Reeves, shall recover from the defendant, Randall Price and/or defendant Town of Cottageville, actual damages in the amount of seven million five hundred thousand and .00/100 dollars ($7,500,000.00).  Plaintiff, Ashley Reeves, shall recover from defendant, Randall Price, punitive damages in the amount of thirty million and .00/100 dollars ($30,000,000.00).  Plaintiff, Ashley Reeves, shall recover from defendant, Town of Cottageville, punitive damages in the amount of sixty million and .00/100 dollars ($60,000,000.00).

This action was *(check one)*:

■ tried by a jury, the Honorable  David C. Norton, U.S. District Judge  presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

☐ decided by the Honorable

Date:  October 21, 2014

*CLERK OF COURT*

s/C. Murray

*Signature of Clerk or Deputy Clerk*