# NEXSEN PRUET

IRS # 570386425

W. WILLIAM MCLEOD, JR.
MCLEOD LAW GROUP
P.O. BOX 21624
CHARLESTON, SC 29413

Remit Address:
Post Office Drawer 2426
Columbia, SC 29202

| | |
|---|---|
| Matter No. | 047560-00076 |
| Invoice No. | 53596183 |
| Invoice Date | November 11, 2014 |
| Attorney | MD INFINGER |

Re: ESTATE OF CARL ALBERT REEVES V. TOWN OF COTTAGEVILLE, ET AL.

*For Professional Services Rendered Through October 18, 2014.*
**PLEASE SEE REVERSE FOR DETAILS.**

Current Charges..................................................................................$3,663.00

**New Balance**...................................................................................**$3,663.00**

(Please Pay 1/3 of New Balance.................................................$1,221.00)

ALL BILLS ARE DUE AND PAYABLE IN FULL UPON RECEIPT OF THIS INVOICE. A LATE PAYMENT CHARGE OF 1 ½% PER MONTH WILL BE ADDED TO ANY BALANCE REMAINING UNPAID 30 DAYS AFTER THE BILLING DATE.