

Williams' Innovative Software and Training  
219 N. Ridge Street  
Georgetown, SC 29440  
Office 843-546-9400

Invoice No.  2658

# INVOICE

**Customer**
| | |
|---|---|
| Name | McLeod law Group |
| Address | PO Box 21624 |
| City | Charleston   State SC   ZIP 29413 |
| Phone | 843-277-6655 |

| | |
|---|---|
| Date | 11/6/14 |
| Order No. | |
| Rep | Reeves |
| FOB | |

| Qty | Description | Unit Price | TOTAL |
|---|---|---|---|
| 1.8 | Research door size and exemplar match to subject door photograph, video, edit and upload examples | $150.00 | $270.00 |
| 1.8 | Prepare buck and door for use at trial | $150.00 | $270.00 |
| 7 | Delivery of door, setup in courtroom and removal (this is 1/2 Tim and I's normal rate) | $137.50 | $962.50 |
| 135 | Mileage to and from trial | $0.55 | $74.25 |
| 1 | Parking ticket | $15.00 | $15.00 |

|  |  |
|---|---|
| SubTotal | $1,591.75 |
| Shipping & Handling | |
| Taxes   State | |
| **TOTAL** | **$1,591.75** |

**Payment Details**
- ☐ Cash
- ☉ Check
- ☐ Credit Card

Name _____  
CC # _____  
Expires _____

Office Use Only

---

*Thank you for using Williams' Innovative Software and Training*