# L.E.P.A.

LAW ENFORCEMENT PSYCHOLOGICAL ASSOCIATES

November 6, 2014

James B. Moore III, Attorney
McLeod Law Group, LLC
3 Morris Street, Suite A.
Charleston, SC 29403

RE: REEVES V. COTTAGEVILLE

Dear Mr. Moore,

As you recall, our fee agreement stated, "Examiner's fee is $250.00 per hour for time reserved for services provided in preparation for all legal proceedings, including time reserved to review relevant records, letters, and/or discovery, declarations, affidavits, depositions, reports and testimony. The fee for providing declarations, depositions and testimony is $300.00 per hour of time reserved. The Examiner's fee is for time reserved for services provided including travel, portal-to-portal."

However, we agreed that I would not charge you this entire amount. In our discussions, you suggested a reasonable fee for my travel, preparation, and testimony time would be between $4,500 and $5,000.

I have calculated my time as follows:

| | | | |
|---|---|---|---|
| 3 | hours preparation before coming to Charleston | @250.00 | 500.00 |
| 11.5 | hours travel and preparation on October 2nd. | @250.00 | 2875.00 |
| 2 | hours of testimony on October 3rd. | @300.00 | 600.00 |
| 10 | hours of travel on October 3rd | @250.00 | 2500.00 |
| | | Total: | 6475.00 |

However, as per out agreement, I will be charging you $5,000.00. Please let me know if that meets with your approval.

It was a pleasure working with you.

Best regards,

Jay A. Supnick, Ph.D., ABPP
Board Certified in Police and Public Safety Psychology