
**Clearview Legal Video**
*Professional Services, Professionally Delivered*

P.O. Box 32338
Charleston, SC
29417-2338

(843) 557-7138

info@clearviewlegalvideo.com
www.clearviewlegalvideo.com

# Invoice

| Date | Invoice No. |
|---|---|
| 10/30/2014 | 202468 |

| Terms | Due Date |
|---|---|
| Net 30 | 11/29/2014 |

**Bill To**

McLeod Law Firm MLF092414DW
3 Morris St.
Ste. A
Charleston, SC  29403

| Amount Due | Enclosed |
|---|---|
| $605.00 | |

✂ Please detach top portion and return with your payment. ✂

| P.O. Number | Sales Rep |
|---|---|
| MLF092414DW | Doug White |

| Date | Activity | Quantity | Rate | Amount |
|---|---|---|---|---|
| 09/26/2014 | Video Editing of the deposition of Randall Price for trial Case No. 2:12-CV-02765-DCN | 4 | 60.00 | 240.00 |
| 09/28/2014 | Video Editing of the deposition of Randall Price closing for trial | 4.5 | 70.00 | 315.00 |
| 10/30/2014 | Hand Delivered | 1 | 25.00 | 25.00 |
| 10/30/2014 | Hand delivered | 1 | 25.00 | 25.00 |

Tax ID # 27-1671019

**Total** $605.00

Thanks! We appreciate your business.
*Please include invoice # on all payments to ensure proper credit to your account*
*All invoices over 30 days past due are subject to finance charges of 1.5%

Scheduling - www.clearviewlegalvideo.com   Contact - info@clearviewlegalvideo.com   P (843) 557-7138   F (843) 718-2726