# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF SOUTH CAROLINA

# CHARLESTON DIVISION

| | |
|---|---|
| Ashley Reeves, as Personal Representative of the Estate of Carl Albert Reeves, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>Town of Cottageville and Randall Price, individually, )<br>)<br>Defendants. )<br>_____ ) | Civil Action No. 2:12-02765-DCN<br><br>**NOTICE OF MOTION AND MOTION TO HOLD PETITION FOR ATTORNEY'S FEES AND COSTS IN ABEYANCE** |

TO:    W. MULLINS MCLEOD, JR., ESQUIRE, COUNSEL FOR PLAINTIFF

YOU WILL PLEASE TAKE NOTICE that the undersigned counsel for the Defendants will move before the United States District Court for the District of South Carolina, Charleston Division, for an Order holding the Plaintiff's motion for attorney's fees and costs in abeyance until such time as all post-trial motions appeals are heard and exhausted and this case reaches final judgment.

The grounds for the Defendants' motion are addressed in the Memorandum in Opposition to Plaintiff's Motion for Attorney's Fees which is filed herewith.

                                        DAVIDSON & LINDEMANN, P.A.

                                        BY:   *s/ Andrew F. Lindemann*
                                               ANDREW F. LINDEMANN   #5070
                                               1611 Devonshire Drive, Second Floor
                                               Post Office Box 8568
                                               Columbia, South Carolina 29202
                                               TEL:  803-806-8222
                                               FAX:  803-806-8855
                                               E-Mail:  alindemann@dml-law.com

                      *Counsel for Defendant Town of Cottageville*

                MORRISON LAW FIRM, LLC

                BY:   *s/ David L. Morrison*
                       DAVID L. MORRISON (Fed. #3581)
                       7453 Irmo Drive, Suite B
                       Columbia, South Carolina 29212
                       TEL: (803) 661-6285
                       FAX: (803) 661-6289
                       E-mail: david@dmorrison-law.com

                *Counsel for Defendant Randall Price*

Columbia, South Carolina

December 4, 2014