IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF SOUTH CAROLINA

CHARLESTON DIVISION

| | |
|---|---|
| Ashley Reeves as Personal Representative ) <br> of the Estate of Albert Carl "Bert" Reeves, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> The Town of Cottageville and Randall ) <br> Price, individually , ) <br> ) <br> Defendants. ) <br> ) | Civil Action No.  2:12-cv-02765-DCN |

## ORDER APPROVING SETTLEMENT

**THIS MATTER** comes before me on the Verified Petition of Ashley Reeves, as Personal Representative of the Estate of Albert Carl Reeves, deceased, and the certificate of W. Mullins McLeod, Jr. and James B. Moore, III, her attorneys.  The Verified Petition seeks approval of a proposed settlement of the above-captioned wrongful death and survival actions.

The instant suit alleges that the decedent Albert Carl Reeves died on or about May 16, 2011, as a result of a gunshot fired by Cottageville Police Officer Randall Price.

The decedent Albert Carl Reeves, who died intestate , was survived by two minor children, A.R., a minor,  and R.R, a minor, who are the statutory beneficiaries for the wrongful death action and the heirs of the estate of Albert Carl Reeves.

The South Carolina Municipal Insurance and Risk Financing Fund , on behalf of Defendants the Town of Cottageville ("Cottageville") and Randall Price ("Price"), has offered to pay a substantial sum made known to the Court ("the Settlement Sum") in exchange for a release of all claims against said Defendants as described in the Settlement Agreement.  The Petitioner

understands that this consideration is made in exchange for the releases outlined in the Settlement Agreement, the dismissal of this action, and the full satisfaction of the judgment entered in this action.

It appears that Petitioner and her attorney have fully investigated this matter, have given careful consideration to all aspects of this situation, have concluded that the settlement offer set forth in the Petition for Approval of Settlement is fair, reasonable, and in the best interests of the statutory beneficiaries and of the Estate of Albert Carl Reeves. Petitioner and her attorneys have asked this Court to approve the settlement.

The attorneys' fees and expenses, as shown in the settlement statements, are reasonable and fair.

Upon reading and carefully considering the Verified Petition addressed to this Court and upon seeing, observing and interviewing Petitioner and the attorneys representing the parties, this Court concludes that the settlement should be approved.

**IT IS THEREFORE ORDERED** that the settlement described above is approved, and Ashley Reeves, as Personal Representative of the Estate of Albert Carl Reeves, is authorized to consummate the settlement referred to in within the Petition and to execute and deliver to Cottageville and price the Settlement Agreement, including the releases contained therein.

**IT IS FURTHER ORDERED** that the Settlement Agreement, including the releases contained therein, signed by Petitioner will bind the statutory wrongful death beneficiaries, the Estate of Albert Carl Reeves, and its heirs, successors and assigns to the terms of the Settlement Agreement, and will discharge any obligation of Defendants Cottageville and Price to make any further payment to anyone other than as outlined in the Settlement Agreement.

**IT IS FURTHER ORDERED** that Petitioner is ordered to indemnify Defendants Cottageville and Price, and any parties released under the terms of the Settlement Agreement, from any and all claims related to the disbursement of the Settlement Sum, as well as the settlement and resolution of all outstanding claims or liens that could relate or attach to the Settlement Sum.

**AND IT IS SO ORDERED**.

**DAVID C. NORTON**
**UNITED STATES DISTRICT JUDGE**

**March 3, 2015**
**Charleston, South Carolina**